UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 JAN 17 P 2:40
STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

CHERYL ANGELL,

   Defendant.

Case No. 18-CR-
[29 U.S.C. §§ 439(b) and 501(c)]

**18-CR-008**

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. At all times relevant to this indictment:

  a. The United Steelworkers Local 2-144 (USW), whose members worked in the Eastern District of Wisconsin, was a labor organization engaged in an industry affecting commerce.

  b. During the time period between approximately June 2013 and February 2017, the defendant, Cheryl Angell, was the financial treasurer of the USW.

### COUNT ONE

2. Beginning in approximately June 2013 and continuing until on or about June 2017, in the State and Eastern District of Wisconsin,

**CHERYL ANGELL**

did embezzle and unlawfully and willfully convert to her own use, approximately $98,711.77 belonging to the USW.

All in violation of Title 29, United States Code, Section 501(c).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

Beginning in January 2013 and continuing to March 2014, in the State and Eastern District of Wisconsin,

**CHERYL ANGELL**

did knowingly make a materially false statement and omission in USW Annual Report Form LM-3 Labor Organization Annual Report, a form required to be filed under 29 U.S.C. § 431, in that Angell failed to report fraudulent payments to herself for calendar year 2013.

All in violation of Title 29, United States Code, Section 439(b).

2

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

Beginning in January 2014 and continuing to March 2015, in the State and Eastern District of Wisconsin,

## CHERYL ANGELL

did knowingly make a materially false statement and omission in USW Annual Report Form LM-3 Labor Organization Annual Report, a form required to be filed under 29 U.S.C. § 431, in that Angell failed to report fraudulent payments to herself for calendar year 2014.

All in violation of Title 29, United States Code, Section 439(b).

3

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

Beginning in January 2015 and continuing to March 2016, in the State and Eastern District of Wisconsin,

**CHERYL ANGELL**

did knowingly make a materially false statement and omission in USW Annual Report Form LM-3 Labor Organization Annual Report, a form required to be filed under 29 U.S.C. § 431, in that Angell failed to report fraudulent payments to herself for calendar year 2015.

All in violation of Title 29, United States Code, Section 439(b).

4

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

Beginning in January 2016 and continuing to April 2017, in the State and Eastern District of Wisconsin,

### CHERYL ANGELL

did knowingly make a materially false statement and omission in USW Annual Report Form LM-3 Labor Organization Annual Report, a form required to be filed under 29 U.S.C. § 431, in that Angell failed to report fraudulent payments to herself for calendar year 2016.

All in violation of Title 29, United States Code, Section 439(b).

### A TRUE BILL:

FOREP████████

Dated: 1-17-18

GREGORY J. HAANSTAD
United States Attorney