UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                 Case No. 18-CR-8

CHERYL A. ANGELL,

        Defendant.

## ORDER GRANTING MOTION TO POSTPONE REPORT DATE

Defendant Cheryl A. Angell has requested a postponement of her July 31, 2018 report date set for her to begin serving her sentence imposed in the above case. The reasons given by the defendant sufficiently support the limited extension request, and there is no opposition by the government. The defendant has been compliant with the conditions of her release. Absent further order of the court Angell should report at such time as the Bureau of Prisons directs, but not before August 17, 2018.

Defendant should maintain regular contact with the U.S. Probation Office as directed. Angell is to contact the U.S. Marshal for this division of the court on or before that date so as to timely commence serving her sentence. The Clerk shall provide a copy of this order to the U.S. Marshals Service.

**SO ORDERED** this   24th   day of July, 2018.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court